**Order entered December 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00429-CR**

**KAILLE WRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-30193-U**

**ORDER**

Before the Court is the November 30, 2022 request of court reporter Sasha

S. Brooks for a third extension of time to file the reporter's record.[1] Ms. Brooks

explains she needs a third extension to obtain playable copies of State's Exhibits

---

[1] Ms. Brooks's request identifies the appellant as "Kallie Wright" and the cause number for extension as 05-22-00754-CR. Cause no. 05-22-00754-CR is the case of appellant Dionte Price. The request identifies Assistant District Attorney Keena Miller as the person from whom Ms. Brooks is seeking copies of the State's exhibits. A review of the trial court judgments in the clerk's records in these cases shows Keena Miller was the assistant district attorney representing the State in cause no. 05-22-00429-CR, but not in cause no. 05-22-00754-CR. We conclude Ms. Brooks intended to file for an extension in cause no. 05-22-00429-CR.

88 and 95. We **GRANT** the request and **ORDER** the reporter's record filed by **December 14, 2022**.

If the reporter's record is not filed by December 14, 2022, the Court may consider other remedies including ordering Ms. Brooks not to sit until the record is filed or abating the case to the trial court to make findings regarding the status of the reporter's record.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE